PATRICK K. FAULKNER, COUNTY COUNSEL
DAVID L. ZALTSMAN, Deputy (SBN 113053)
3501 Civic Center Dr., Room 303
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorneys for Plaintiff
COUNTY OF MARIN


JAMES M. WAGSTAFFE (SBN 95535)
MICHAEL VON LOEWENFELDT (SBN 178665)
TRICIA E. WEAVER (SBN 232242)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-8500, Fax: (415) 371-0500

Attorneys for Real Party In Interest
TOWN OF TIBURON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, a California County,<br><br>    Plaintiff,<br><br>v.<br><br>MARTHA CO., a California corporation,<br><br>    Defendant. | Case No.:   C 06 0200 SBA<br><br>**STIPULATION AND ORDER EXTENDING TOWN OF TIBURON'S TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Saundra B. Armstrong |
| TOWN OF TIBURON, a California municipality, RUSSELL KEIL, JERRY RIESSEN, MAXWELL DREVER, MARILYN KNIGHT, JOANNA KEMPER and MARK BEWSHER, individuals;<br><br>    Real Parties-In-Interest. | |

Pursuant to Civil Local Rule 6-2 and 7-12, the County of Marin and the Town of Tiburon, through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff, County of Marin (the "County"), filed this action for equitable relief on January 11, 2006. The action was assigned to the ADR Multi-Option Program as well as the ECF Program.

2. Defendant, Martha Co., returned its executed waiver of service on January 18, 2006 allowing it until March 20, 2006 to file its responsive pleading.

3. Real Parties-in-Interest, the Town of Tiburon (the "Town"), and Russell Keil, Jerry Riessen, Maxwell Drever, Marilyn Knight, Joanna Kemper and Mark Bewsher have also returned their executed waivers of service, but have not yet filed an initial pleading. The Town's pleading is due on April 4, 2006 pursuant to the prior stipulation of the parties pursuant to Civil Local Rule 6-1(a).

4. On March 20, 2006, Defendant Martha Co. filed a motion *inter alia* to dismiss the complaint pursuant to FRCP 12(b). One of the main arguments raised by Defendant is its contention that this Court does not have jurisdiction over the claims of the parties denominated "Real Parties in Interest" herein. Another of Defendant's arguments is that the Town should be demoninated a plaintiff or defendant, rather than a real party in interest.

5. The County and the Town believe that the Court has jurisdiction over these claims; however, if Defendant is correct, then the expenditure of public resources necessary for the Town to file an initial pleading will be wasteful and unnecessary. In addition, if the Town is re-designated a plaintiff in this action, a determination that is under review, then obviously no "response" to the Complaint would be necessary.

6. In light of this, counsel for the County and the Town agree that it would be most efficacious to determine whether the Town is properly denominated a plaintiff, and whether there is jurisdiction over this action, before the Town files the line-by-line response to the Complaint otherwise

Case No.: C 06 0200 SBA — - 1 - — STIPULATION AND [PROPOSED]ORDER EXTENDING TOWN OF TIBURON'S TIME TO RESPOND TO COMPLAINT

1  required by the Federal Rules.   The County and the Town stipulate that the Town shall have until May 24, 2006 to file a response to the current Complaint (assuming that the current complaint is not amended and/or the case is not dismissed prior to that time).

7. No prior requests for an extension of this deadline have been filed by the Town or County in this action; however, as mentioned above the parties have already stipulated to a 15 day extension per Rule 6-1(a).

8. By entering into this stipulation, neither the County nor the Town is conceding that there is any merit to Defendant's pending motion.

9. By entering into this stipulation, the Town of Tiburon is not making a general appearance in this action.

**SO STIPULATED**

DATE:  April 3, 2006

                PATRICK K. FAULKNER
                COUNTY COUNSEL

                /s/
                By: DAVID L. ZALTSMAN
                Deputy County Counsel
                Attorneys for Plaintiff County of Marin

Date:  April 3, 2006        KERR & WAGSTAFFE LLP
                /s/
                By: Michael von Loewenfeldt
                Attorneys for the Town of Tiburon

**ORDER**

Good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED

Date:  April 5, 2006        *Saundra B Armstrong*
                Honorable Saundra B. Armstrong
                UNITED STATES DISTRICT JUDGE