IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, a California County,<br><br>        Plaintiff,<br><br> v.<br><br>MARTHA CO., a California corporation; TOWN OF TIBURON, a California municipality; RUSSELL KEIL, JERRY RIESSEN, MAXWELL DREVER, MARILYN KNIGHT, JOANNA KEMPER, and MARK BEWSHER, individuals,<br><br>        Defendants.<br><br>RUSSELL KEIL, JERRY RIESSEN, MAXWELL DREVER, MARILYN KNIGHT, JOANNA KEMPER, and MARK BEWSHER, individuals,<br><br>        Counterclaimants,<br><br> v.<br><br>COUNTY OF MARIN, a California County; MARTHA CO., a California corporation; and TOWN OF TIBURON, a California municipality,<br><br>        Counterdefendants. | No. C 06-0200 SBA<br><br>**ORDER**<br><br>[Docket No. 10] |

On January 11, 2006, Plaintiff County of Marin filed a complaint for declaratory judgment against Defendant Martha Co. and Real Parties-in-Interest Town of Tiburon, Russell Keil, Jerry Riessen, Maxwell Drever, Marilyn Knight, Joanna Kemper, and Mark Bewsher [Docket No. 1].

On March 17, 2006, Martha Co. filed an Administrative Motion to Consider Whether the

1  Cases Should Be Related Pursuant to Civil L.R. 7-11 in an earlier-filed action, Case No. C 75-0125
2  RHS.  On March 20, 2006, Martha Co. filed a Motion to Dismiss Pursuant to FRCP 12(b)(1) and
3  (b)(6), or in the Alternative Motion to Strike Pursuant to FRCP 12(f) [Docket No. 10].  Martha Co.'s
4  Motion to Dismiss or to Strike is currently set for a May 2, 2006 hearing.  On March 23, 2006,
5  County of Marin filed an opposition to the Administrative Motion in case number C 75-0125 RHS.
6      Given the pendency of Martha Co.'s Administrative Motion in case number C 75-0125 RHS,
7  the Court will reserve ruling on the Motion to Dismiss or to Strike until the General Duty Judge
8  issues a ruling on the Administrative Motion.
9      Accordingly,
10      IT IS HEREBY ORDERED THAT the May 2, 2006 hearing on Martha Co.'s Motion to Dismiss
11  or to Strike [Docket No. 10] is VACATED.  The hearing will be rescheduled, if appropriate, once the
12  Administrative Motion has been resolved.
13      IT IS SO ORDERED.

15  Dated: 4/26/06  _____
16  Saundra Brown Armstrong
United States District Judge

**United States District Court**
For the Northern District of California

2