1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   MARTHA CO.,                              No. C 75-00125 RHS
                                             No. C 06-0200 SBA
9            Plaintiff,
                                             **ORDER DENYING ADMINISTRATIVE
10     v.                                    MOTION TO RELATE CASES**

11  COUNTY OF MARIN,

12          Defendant.
    _____/
13

14          This matter comes before the Court as a general duty matter pursuant to Civil Local Rule 3-12(f).

15  Plaintiff Martha Co. seeks an order relating this case to *County of Marin v. Martha Co.*, No. 06-0200

16  SBA.   Civil Local Rule 3-12(a)(2) states that an action is related to another when "[i]t appears likely

17  that there will be an unduly burdensome duplication of labor and expense or conflicting results if the

18  cases are conducted before different judges."   Because the judge who originally handled this matter,

19  Judge Robert H. Schnacke, is now deceased, judicial efficiency will not be served by relating these

20  cases.   Accordingly, the Court finds that Local Rule 3-12(a)(2) is not satisfied, and that the two matters

21  are not related.   This finding shall have no bearing on the legal effect of the judgment in this case on

22  Case No. 06-0200 SBA.

23          For the foregoing reasons, the Court DENIES plaintiff's motion to relate cases.

24          **IT IS SO ORDERED.**

25  Dated: 5/11/06

26                                           _____
                                             SUSAN ILLSTON
27                                           United States District Judge

28

**United States District Court**
For the Northern District of California