United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, a California County, | No. C 06-0200 SBA |
| Plaintiff, | |
| v. | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| MARTHA CO., a California corporation; TOWN OF TIBURON, a California municipality; RUSSELL KEIL, JERRY RIESSEN, MAXWELL DREVER, MARILYN KNIGHT, JOANNA KEMPER, and MARK BEWSHER, individuals, | [Docket Nos. 27, 33] |
| Defendants. | |
| RUSSELL KEIL, JERRY RIESSEN, MAXWELL DREVER, MARILYN KNIGHT, JOANNA KEMPER, and MARK BEWSHER, individuals, | |
| Counterclaimants, | |
| v. | |
| COUNTY OF MARIN, a California County; MARTHA CO., a California corporation; and TOWN OF TIBURON, a California municipality, | |
| Counterdefendants. | |
| MARTHA CO., a California corporation, | |
| Counterclaimant, | |
| v. | |
| COUNTY OF MARIN, a California County, | |
| Counterdefendant. | |

This matter comes before the Court on Defendant Martha Co.'s Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to FRCP 12(b)(1) and 12(b)(6) [Docket No. 27], and Defendant and Counterdefendant Martha Co.'s Motion to Dismiss Individual Defendants' Counterclaim Pursuant to FRCP 12(b)(1) and 12(b)(6) [Docket No. 33]. The Court has thoroughly reviewed the parties' briefing and has concluded that it would benefit from supplemental briefing on the issue of whether Plaintiff County of Marin (the "County") and/or Counterclaimants Russell Keil, Jerry Riessen, Maxwell Drever, Marilyn Knight, Joanna Kemper, and Mark Bewsher ("Individual Counterclaimants") have properly alleged the elements of an independent action under Federal Rule of Civil Procedure 60(b). In particular, the parties must address whether the County and/or Individual Counterclaimants can show: (1) a judgment which ought not, in equity and good conscience, to be enforced; (2) a good defense to the alleged cause of action on which the judgment is founded; (3) fraud, accident, or mistake which prevented the defendant in the judgment from obtaining the benefit of his defense; (4) the absence of fault or negligence on the part of the defendant; and (5) the absence of any adequate remedy at law. *United States v. Beggerly*, 524 U.S. 38, 41 (1998). *See also Cooey v. Bradshaw*, 338 F.3d 615 (6th Cir. 2003); *Hess v. Cockrell*, 281 F.3d 212 (5th Cir. 2002); *U.S. Care, Inc. v. Pioneer Life Ins. Co. of Illinois*, 244 F.Supp.2d 1057, 1062 (C.D. Cal. 2002). If a party believes that this test does not apply, that party must provide the rationale why it does not apply, including citations to legal authority.

IT IS HEREBY ORDERED THAT:

Plaintiff County of Marin and Counterclaimants Russell Keil, Jerry Riessen, Maxwell Drever, Marilyn Knight, Joanna Kemper, and Mark Bewsher shall file and serve a supplemental brief not to exceed seven (7) pages in length on the issue of whether they have properly alleged an independent action under Federal Rule of Civil Procedure 60(b) and the test described above no later than **July 3, 2006.**

Defendant and Counterdefendant Martha Co. shall file and serve a supplemental brief not to exceed seven (7) pages in length on the aforementioned issue no later than **July 11, 2006.**

2

After the parties file their supplemental briefs, the Court will consider this matter fully submitted on the papers. Should the Court later determine that oral argument is necessary, the clerk will contact the parties and place the matter back on calendar.

IT IS FURTHER ORDERED THAT the Case Management Conference ("CMC") is CONTINUED to September 6, 2006 at **3:45 p.m.** The parties shall appear for the CMC by telephone. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than **August 30, 2006.** Counsel for Plaintiff shall be responsible for filing the Case Management Conference Statement. Counsel for Plaintiff shall set up the conference call with all the parties on the line and call Chambers at (510) 637-3559 at the time designated above.

IT IS SO ORDERED.

Dated: 6/26/06

SAUNDRA BROWN ARMSTRONG
United States District Judge

3