HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
GORDON D. McAULEY - 99932
MARY K. McEACHRON - 87841
ROSHAN JAIN - 241078
80 East Sir Francis Drake Blvd., Suite 3E
Larkspur, CA  94939
Telephone:      (415) 925-8400
Facsimile:       (415) 925-8409
gmcauley@hansonbridgett.com

Attorneys for Defendant, Counterdefendant, and
Counterclaimant MARTHA CO.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

| | |
|---|---|
| County of Marin, | No. C 06 0200 SBA |
| Plaintiff, | **MOTION, STIPULATION, AND ORDER FOR ADMINISTRATIVE RELIEF RE PERMISSION TO EXCEED PAGE LIMIT ON REPLY BRIEF** |
| v. | **[Civil L.R. 7-3(c) AND 7-11]** |
| Martha Co., a California corporation; TOWN OF TIBURON, a California municipality; RUSSELL KEIL; JERRY RIESSEN; MAXWELL DREVER; MARILYN KNIGHT; JOANNA KEMPER; and MARK BEWSHER, individuals, | Date: February 13, 2006<br>Time: 1:00 PM<br>Judge: Hon. Sandra B. Armstrong<br>Dept: 1301 Clay St., Oakland, CA<br>Action Filed: January 11, 2006<br>Trial Date: July 23, 2007 |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

**ACTION REQUESTED**

Permission for moving party Martha Co. ("Martha") to file a twenty-five (25) page reply brief on its Motion for Order to Show Cause Why County of Marin Should Not Be Held in Civil Contempt and Sanctioned for Violation of Judgment (filed herewith).

**REASON FOR REQUEST**

After this Court's order of September 8, 2006, the parties advised the Court that Martha requested the opportunity to move for an order compelling the County to comply with its

- 1 -

obligations under the Judgment pursuant to F.R.Civ.P. 70, and that the County would seek relief from its obligations pursuant to F.R.Civ.P. 60. Joint Case Management Statement, filed September 27, 2006, at 3:19-25. The parties subsequently agreed to a joint briefing schedule for this purpose. However, the County has since decided, instead of filing a separate motion, to seek relief from the Judgment in response to Martha's motion seeking to compel compliance. Declaration of Gordon D. McAuley Confirming Meet and Confer Compliance, filed herewith.

The County's desire for relief from the Judgment is the crux of this entire case. If the County were to file a separate Rule 60 motion for this purpose, Martha would be entitled to a 25-page opposition brief. However, once the two matters are joined on a single motion, absent administrative relief, Martha would otherwise have only a fifteen-page reply brief to simultaneously defend the validity of the Judgment and defend its motion to compel compliance. Because the continuing validity of the Judgment is the essential issue in this entire case, Martha respectfully requests that it be allowed ten extra pages on its reply brief, so that both matters (validity and compliance) may be competently addressed.

**SO STIPULATED.**

DATED: December 4, 2006                     Hanson Bridgett Marcus Vlahos & Rudy, LLP

By:_____
GORDON D. McAULEY
Attorneys for Defendant and Counter-claimant MARTHA CO.

DATED: December ____, 2006              PATRICK K. FAULKNER, COUNTY COUNSEL

By:_____
DAVID ZALTSMAN, DEPUTY COUNSEL
Attorneys for Cross-Defendant

///

- 2 -

MOTION, STIPULATION, PROPOSED ORDER FOR ADMINISTRATIVE RELIEF RE NUMBER OF PAGES; Case No. C060200 SBA

1289235.1

1  **ORDER**

2  The parties having so stipulated, and good cause appearing therefore, IT IS SO

3  ORDERED.

4

5  Dated: 12/5/06   _____
   The Honorable Saundra Brown Armstrong
6  United States District Court Judge