UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, a California County,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARTHA CO., a California Corporation,<br><br>    Defendants. | No. C06-0200 SBA (BZ)<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

　　Pursuant to Judge Armstrong's Order dated February 12, 2007 referring certain matters to me, **IT IS HEREBY ORDERED** that a status conference is scheduled for **Wednesday, February 28, 2007 at 1:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party wishing to appear by telephone shall make arrangements with my Courtroom Deputy, Lashanda Scott at **415-522-2015**.

Dated: February 21, 2007

　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge