UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, a California County,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARTHA CO., a California Corporation,<br><br>    Defendants. | No. C06-0200 SBA (BZ)<br><br>**ORDER SCHEDULING HEARING** |

**IT IS HEREBY ORDERED** that a hearing is scheduled for **Wednesday, March 14, 2007 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 on the issue of whether the Stipulated Judgment is sufficiently clear, specific and definite such that it may be enforced by use of the court's contempt power.

Dated: March 7, 2007

                                       Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\COUNTY OF MARIN\ORDER.SCHEDULING HEARING.wpd