| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | GORDON D. McAULEY - 99932 |
| 2 | MARY K. McEACHRON - 87841 |
| | YOLANDA C. MANZONE - 244465 |
| 3 | 80 East Sir Francis Drake Blvd., Suite 3E |
| | Larkspur, CA 94939 |
| 4 | Telephone: (415) 925-8400 |
| | Facsimile: (415) 925-8409 |
| 5 | gmcauley@hansonbridgett.com |
| 6 | Attorneys for Defendant, Counterdefendant, |
| | and Counterclaimant MARTHA CO. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF MARIN, a California County,<br>    Plaintiff,<br>v.<br>MARTHA CO., a California corporation; TOWN OF TIBURON, a California municipality; RUSSELL KEIL; JERRY RIESSEN; MAXWELL DREVER; MARILYN KNIGHT; JOANNA KEMPER; and MARK BEWSHER, individuals,<br>    Defendants. | No. C 06 0200 SBA (BZ)<br><br>**MARTHA CO.'S STIPULATION TO CONSIDERATION OF COUNTY'S ARGUMENTS AS A RULE 60(b) MOTION;**<br><br>**COUNTY OF MARIN'S STIPULATION TO ADMISSIBILITY OF EVIDENCE IN CONTEMPT PROCEEDINGS;**<br><br>**MARTHA CO.'S MOTION TO ADMIT SUCH EVIDENCE**<br><br>[~~PROPOSED~~] **EVIDENTIARY RULING**<br><br>Date: March 14, 2007<br>Time: 9:00 a.m.<br>Magistrate Judge: Hon. Bernard Zimmerman<br>Courtroom: Courtroom G, 15th Floor<br>Action Filed: January 11, 2006<br>Trial Date: July 23, 2007 |
| RUSSELL KEIL; JERRY RIESSEN; MAXWELL DREVER; MARILYN KNIGHT; JOANNA KEMPER; and MARK BEWSHER, individuals,<br>    Counterclaimants,<br>v.<br>COUNTY OF MARIN, a California County; MARTHA CO., a California corporation; and TOWN OF TIBURON, a California municipality,<br>    Counterdefendants. | |
| MARTHA CO., a California corporation,<br>    Counterclaimant,<br>v.<br>COUNTY OF MARIN, a California County,<br>    Counterdefendant. | |

STIPULATIONS RE RULE 60(b), ADMISSION OF EVIDENCE;
[PROPOSED] EVIDENTIARY RULING; Case No. C 06 0200 SBA (BZ)

## I. MARTHA'S STIPULATION TO TREATMENT OF COUNTY'S ARGUMENTS ON CONTINUING VALIDITY OF THE JUDGMENT AS A RULE 60(b) MOTION

Martha Co. stipulates that it interposes no objection to treating the County's arguments in response to Martha's Motion for an Order to Show Cause re contempt as if the County had in fact brought a Federal Rule of Civil Procedure 60(b)(5) or (6) motion to modify the Judgment entered in *Martha Co. v. County of Marin,* No. C 75 0125 RHS. The County of Marin and Martha further stipulate that such imputed Rule 60(b) motion is now fully briefed and submitted.

Until the County of Marin's questions concerning the continuing validity of the Judgment are formally resolved by the Court, it will be difficult to have Martha's development application processed, yet there exists no advantage to either party in unnecessarily prolonging these Court proceedings through additional motion proceedings. However, *Martha does not waive its argument that a Rule 60(b) motion is both irrelevant to and not a defense to contempt.* Moreover, this stipulation is without prejudice to Martha's continuing request for all attorney fees incurred in bringing and prosecuting its contempt motion, including those fees incurred in defending the continuing validity of the Judgment.

## II. COUNTY OF MARIN'S STIPULATION TO ADMISSIBILITY OF EVIDENCE IN CONTEMPT PROCEEDINGS

For the purposes of these contempt proceedings, the County of Marin interposes no objection to the admissibility or authenticity of the documents and evidence which Martha has referenced in its briefs, a list of which evidence is appended hereto as Exhibit A. This stipulation is limited to these contempt proceedings, since the County has not reviewed or considered the relevance – and therefore the admissibility – of such documents with respect to Martha's pending counterclaim.

## III. MARTHA'S MOTION TO ADMIT EVIDENCE

Martha hereby moves into evidence in these contempt proceedings the documents and other evidence listed at Exhibit A hereto.

///

- 1 -

SO STIPULATED AND RESPECTFULLY SUBMITTED.

DATED: March 12, 2007          HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
GORDON D. McAULEY
Attorneys for Defendant and Counterclaimant
MARTHA CO.

DATED: March 12, 2007          PATRICK K. FAULKNER, COUNTY COUNSEL

By: /s/
DAVID ZALTSMAN, DEPUTY COUNSEL
Attorneys for Plaintiff and Counterdefendant
COUNTY OF MARIN

### EVIDENTIARY RULING

The parties having so stipulated, the documents and other evidence listed at Exhibit A hereto are admitted into evidence in these contempt proceedings.

Dated: March 13, 2007

THE HONORABLE BERNARD ZIMMERMAN

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | DATE | DESCRIPTION | SUBMITTED AS |
|---|---|---|---|
| **A) Documents Relevant to Contempt** | | | |
| 1) | 12/29/76 | Judgment | Mtn for Order to Show Cause, Ex. A |
| 2) | 12/29/76 | Stipulation for Entry of Judgment | Martha 1st Am'd Counterclm, Ex. B |
| 3) | 12/23/76 | County Counsel Ltr to Bd of Supv | Martha 1st Am'd Counterclm, Ex. I |
| 4) | 01/05/77 | Tiburon Ark Article re Settlement | |
| 5) | 03/18/86 | Letter from Bianchi to CDA | County Opposition, Ex. A |
| 6) | 03/28/86 | Letter from CDA to Bianchi | County Opposition, Ex. B |
| 7) | 05/24/90 | Statement of Facts in *Bank of the Orient v. Town of Tiburon*, 220 Cal.App.3d 992, 996-97 (1990) | |
| 8) | 02/29/88 | Statement of Facts in *Finnie v. Town of Tiburon*, 199 Cal.App.3d 1, 6-7 (1988) | |
| 9) | 10/05/73 | Memo to LAFCO from Barrows | 1st McAuley Decl, Ex. E |
| 10) | 06/25/81 | Memo to LAFCO from Hendricks | 1st McAuley Decl, Ex. F |
| 11) | 08/15/96 | Letter from CDA to Tiburon | 1st Hochstrasser Decl, Ex. 1 |
| 12) | May '96 | § 6.1 of 1996 Draft EIR | 1st Hochstrasser Decl, Ex. 7 |
| 13) | 07/29/99 | Letter from CDA to Tiburon | 1st Hochstrasser Decl, Ex. 3 |
| 14) | 06/22/00 | Letter from CDA to Tiburon | 1st Hochstrasser Decl, Ex. 4 |
| 15) | 11/06/01 | Letter from CDA to Tiburon | 1st Hochstrasser Decl, Ex. 5 |
| 16) | 12/06/01 | Letter from County Parks to Tiburon | 1st Hochstrasser Decl, Ex. 6 |
| 17) | 04/19/05 | Easton Point Project Narrative | Martha 1st Am'd Counterclm, Ex. P |
| 18) | 04/19/05 | Letter from MKM to DZ | 1st McAuley Decl, Ex. G |
| 19) | 05/20/05 | Letter from CDA to Martha | Mtn for Order to Show Cause, Ex. B |
| 20) | 07/27/05 | LAFCO Letter to Planning | Martha 1st Am'd Counterclm, Ex. O |
| 21) | 07/28/05 | Planning Comm Meeting Minutes | County's 1st Am'd Complnt, Ex. E |
| 22) | 09/23/06 | Marin IJ article | 1st McAuley Decl, Ex. H |
| 23) | 03/03/98 | *Alta Way* Sup. Ct. Order & Judgment | 1st McAuley Decl, Ex. I |
| 24) | 03/25/97 | *Alta Way* Memo from Faulkner | 1st McAuley Decl, Ex. J |
| 25) | 11/04/97 | *Alta Way* Transcript of Bd Proceed'gs | 1st McAuley Decl, Ex. K |
| 26) | 08/22/73 | Annexation Form by von Gundell | Zaltsman Decl, Ex. A |
| 27) | 10/10/73 | LAFCO Resolution | Zaltsman Decl, Ex. B |
| 28) | 10/11/01 | Dual Annexation Policy | Zaltsman Decl, Ex. C |
| 29) | 10/13/01 | LAFCO Resolution No. 01-24 | Martha's Req for Jud Notice, Ex. 1 |
| 30) | 04/01/74 | Baxter, McDonald Report Excerpts | Martha's Req for Jud Notice, Ex. 3 |
| 31) | Undated | LAFCO Policy Guidelines | Martha's Req for Jud Notice, Ex. 2 |
| 32) | Aug. '98 | Marin Grand Jury Report re LAFCO | Martha's Req for Jud Notice, Ex. 4 |
| 33) | 10/30/73 | 1973 Countywide Plan Excerpts | Martha's Req for Jud Notice, Ex. 6 |
| 34) | 01/19/07 | Decl. re Location of Planng, Cty Cnsl | 2d Hochstrasser Decl, ¶ 5 |
| 35) | 09/24/73 | LAFCO Notice of Public Hearing | 2d McAuley Decl, Ex. B |
| 36) | 08/30/73 | Cty Memo re Paradise Drive Annextn | 2d McAuley Decl, Ex. B |
| 37) | May '96 | § 6.6 of 1996 Draft EIR | 2d Hochstrasser Decl, Ex. A |
| 38) | 05/31/05 | Appeal of CDA Letter of 5/20/05 | County's 1st Am'd Complnt, Ex. D |
| **B) Documents Relevant to Background & History of Proceedings, But Not to County Conduct** | | | |
| 1) | 12/28/76 | Board of Supervisors' Agenda | Martha 1st Am'd Counterclm, Ex. H |
| 2) | 12/28/76 | Minutes of Bd of Supv Mtg (Excerpts) | Martha 1st Am'd Counterclm, Ex. J |
| 3) | 04/14/97 | Letter from Tiburon to Martha | 1st Hochstrasser Decl, Ex. 2 |
| 4) | 07/17/02 | Tiburon Ark Article re Annexation | 2d McAuley Decl, Ex. A |

-EXHIBIT A-

STIPULATIONS RE RULE 60(b), ADMISSION OF EVIDENCE;
[PROPOSED] EVIDENTIARY RULING; Case No. C 06 0200 SBA (BZ)