**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

COUNTY OF MARIN,

    Plaintiff,

v.

MARTHA CO., *et al.*,

    Defendants.

No. C 06-0200 SBA

**ORDER**

[Docket Nos. 93, 106]

On March 5, 2006, Magistrate Judge Bernard Zimmerman issued a Report and Recommendation [Docket No. 106] recommending that the request for leave to file a brief *amicus curiae* [Docket No. 93] be DENIED. No objections have been filed. After reviewing the Report and Recommendation, the Court hereby adopts it as this Court's ORDER and DENIES the request for leave.

IT IS SO ORDERED.

April 2, 2007

Saundra Brown Armstrong
United States District Judge