**MARY K. MCEACHRON**
OF COUNSEL
DIRECT DIAL 415 925 8406
DIRECT FAX 415 995 3463
REPLY TO MARIN
E-MAIL mmceachron@hansonbridgett.com

**HANSON BRIDGETT MARCUS VLAHOS RUDY LLP**

October 1, 2007

Chief Magistrate Judge James Larson
United States District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

     Re: *County of Marin v. Martha Co.,* No. C 06-0200 SBA
       *October 10 Mandatory Settlement Conference*

Dear Chief Magistrate Judge Larson:

Currently on this Court's calendar is a Settlement Conference in the above-captioned case set for October 10 at 2:00 p.m. (Case Document 122). However, Martha Co. and the County of Marin have settled the above-captioned case and on September 4, 2007, filed their Stipulation for Entry of Judgment Creating Timeline and Procedures for Enforcing Judgment Entered in *Martha Co. v. County of Marin*, No. C 75 0125 RHS (Case Document 123), as well as a Proposed Judgment Pursuant to Stipulation (Case Document 124).

Although entities whose Counterclaim had been dismissed by Order dated September 8, 2006 (Case Document 78) have filed Defendant Property Owners' Objections to Proposed Judgment Pursuant to Stipulation (Case Document 125), and no action has been taken as of yet on the Proposed Judgment, in the interest of judicial efficiency and economy to the parties, we respectfully request that the October 10 Settlement Conference be taken off calendar.

May we thank you in advance for your consideration of this matter.

           Sincerely,

           Mary K. McEachron

*IT IS SO ORDERED*
*Judge James Larson*

cc: Judge Saundra B. Armstrong, United States District Judge

LAW OFFICES
WWW.HANSONBRIDGETT.COM

SAN FRANCISCO
425 MARKET STREET
26TH FLOOR
SAN FRANCISCO · CALIFORNIA 94105
TELEPHONE 415.777.3200
FACSIMILE 415.541.9366
SF@HANSONBRIDGETT.COM

NORTH BAY
WOOD ISLAND
80 E. SIR FRANCIS DRAKE BLVD. · SUITE 3E
LARKSPUR · CALIFORNIA 94939
TELEPHONE 415.925.8400
FACSIMILE 415.925.8409
NORTHBAY@HANSONBRIDGETT.COM

SACRAMENTO
980 NINTH STREET
SUITE 1500
SACRAMENTO · CALIFORNIA 95814
TELEPHONE 916.442.3333
FACSIMILE 916.442.2348
SAC@HANSONBRIDGETT.COM