UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>        Plaintiff,<br><br>   v.<br><br>MARTHA CO., et al.,<br><br>        Defendants.<br><br>AND COUNTER-ACTIONS. | Case No. 06-cv-00200-SBA (MEJ)<br><br>**ORDER TO FILE JOINT STIPULATION RE: DEADLINES**<br><br>Re: Dkt. No. 136 |

On July 28, 2016, the Court held a hearing on Martha Co.'s Motion to Enforce the Judgment, or alternatively to Appoint a Special Master. Mot., Dkt. No. 136. During the hearing, the Court proposed, and Martha Co. and Marin County agreed to a general set of deadlines by which (1) Martha Co. will submit revised plans responding to the mitigation measures identified through the Marin County Board of Supervisors' March 2014 Hearing on the Final Environmental Impact Report ("EIR"), and (2) Marin County will process those plans up to the point of a final decision on the EIR. Martha Co. indicated it could file its revised plans with the County within 30 days, and the County indicated it could have a final decision on the EIR within six months. The Court also indicated it would set a hearing date on this matter in seven months, January 30, 2017.

In light of the foregoing, the Court **ORDERS** Martha Co. and Marin County to file a joint stipulation **by Monday, August 1, 2016**, providing the specific deadlines they agree to meet to achieve the schedule outlined above. This stipulation should also indicate the parties' plans to jointly update the Court periodically over the next seven months as to the status of their efforts.

**IT IS SO ORDERED.**

Dated: July 28, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge