1  Jonathan S. Kitchen (State Bar No. 80270)
   jkitchen@coxcastle.com
2  Michael H. Zischke (State Bar No. 105053)
   mzischke@coxcastle.com
3  James M. Purvis (State Bar No. 281596)
   jpurvis@coxcastle.com
4  COX, CASTLE & NICHOLSON LLP
   50 California Street, Suite 3200
5  San Francisco, CA 94111
   Telephone: (415) 262-5100
6
   Attorneys for Defendant, Counterdefendant,
7  and Counterclaimant MARTHA CO.

   (ATTORNEYS CONTINUED ON NEXT PAGE)
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, a California County,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTHA CO., a California corporation; TOWN OF TIBURON, a California municipality; RUSSELL KEIL; JERRY RIESSEN; MAXWELL DREVER; MARILYN KNIGHT; JOANNA KEMPER; and MARK BEWSHER, individuals,<br><br>　　　　Defendants. | Case No. C 06 0200 SBA (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DEADLINES**<br><br>Judge:　　　　Hon. Maria-Elena James<br><br>Action Filed:　　January 11, 2006 |
| RUSSELL KEIL; JERRY RIESSEN; MAXWELL DREVER; MARILYN KNIGHT; JOANNA KEMPER; and MARK BEWSHER, individuals,<br><br>　　　　Counterclaimants,<br><br>　　vs.<br><br>COUNTY OF MARIN, a California County; MARTHA CO., a California corporation; and TOWN OF TIBURON, a California municipality,<br><br>　　　　Counterdefendants. | |
| MARTHA CO., a California corporation,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>COUNTY OF MARIN, a California County,<br><br>　　　　Counterdefendant. | |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

Stipulation and [Proposed] Order re:
Extension of Deadlines
USDC Case No. C 06 0200 SBA (MEJ)　　　　- 1 -

1  Paul Charles Smith (State Bar No. 137664)
   psmith@marinlaw.com
2  KEEGIN HARRISON ET AL.
3  1000 4th Street, Suite 600
   San Rafael, CA 94101-3182
4  Telephone:  (415) 456-4000
   Facsimile:   (415) 456-1921
5  Attorneys for Defendant, Counterdefendant,
   and Counterclaimant MARTHA CO.
6

7  STEVEN M. WOODSIDE, COUNTY COUNSEL
   David L. Zaltsman, Deputy (State Bar No. 113053)
8  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
9

10  Attorneys for Plaintiff and Counterdefendant
    COUNTY OF MARIN
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

Stipulation and [Proposed] Order re:
Extension of Deadlines
USDC Case No. C 06 0200 SBA (MEJ)                    - 2 -

1  WHEREAS, on July 28, 2016, this Court held a hearing on the Martha Company's Motion
2  to Enforce and Require Marin County's Compliance with Judgments and, Alternatively, for
3  Appointment of a Special Master (Dkt. No. 136);

4  WHEREAS, on July 28, this Court entered an Order to File Joint Stipulation re: Deadlines
5  (Dkt. No. 162), ordering Martha and the County to file a joint stipulation by August 1, 2016
6  providing the specific deadlines they agree to meet to achieve a final decision on the EIR for
7  Martha's development application;

8  WHEREAS, on August 1, 2016, Martha and the County filed a joint Stipulation and
9  [Proposed] Order re: Deadlines (Dkt. No. 163), following which this Court entered an Order
10 adopting the proposed schedule (Dkt. No. 164);

11 WHEREAS, Martha and the County subsequently met and conferred, as required by the
12 parties' stipulation and this Court's Order, to attempt to resolve issues regarding Martha's
13 development application, including whether County staff can recommend to the County Board of
14 Supervisors that the Board certify the EIR;

15 WHEREAS, Martha and the County wish to continue to meet and confer regarding Martha's
16 development application, and therefore wish to extend the deadlines previously agreed to for
17 approximately 45 days;

18 IT IS THEREFORE STIPULATED by and among Martha and the County that:

19 1. The County Board of Supervisors will hold a hearing on the EIR for Martha's
20 development application by sometime in late February/early March 2017, but in no event any later
21 than 20 days prior to this Court's hearing on this matter; and

22 2. At least 15 days prior to this Court's hearing, Martha and the County will jointly
23 update the Court regarding the status of Martha's application for development; and

24 3. The Court will continue its hearing, currently scheduled for January 30, 2017, until
25 March 16, 2017, or the next available date that is convenient for the Court following March 16,
26 2017.

27
28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

Stipulation and [Proposed] Order re:
Extension of Deadlines
USDC Case No. C 06 0200 SBA (MEJ)           - 1 -

| | | |
|---|---|---|
| 1 | DATED: January 10, 2017 | COX, CASTLE & NICHOLSON LLP |
| 2 | | |
| 3 | | By: _____ |
| | | MICHAEL H. ZISCHKE |
| 4 | | Attorneys for Martha Company |
| 5 | | |
| 6 | DATED: January 10, 2017 | COUNSEL FOR COUNTY OF MARIN |
| 7 | | |
| 8 | | By: _____ |
| | | DAVID L. ZALTSMAN |
| 9 | | Attorneys for Marin County |

10

11                          [PROPOSED] ORDER

12        GOOD CAUSE APPEARING, the Court hereby adopts the above-referenced schedule as the

13 Order of the Court. This Court's hearing is hereby continued to  March 16  , 2017, at 10:00 am,

                                                    Courtroom B, 15th Floor.

14        IT IS SO ORDERED.

15 DATED: January 18, 2017

16

17                                              _____
                                                Honorable MARIA-ELENA JAMES
18                                              United States Magistrate Judge

19 072973\8493495v2

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

Stipulation and [Proposed] Order re:
Extension of Deadlines
USDC Case No. C 06 0200 SBA (MEJ)            - 2 -